United States District Court
Southern District of Texas

**ENTERED**

April 26, 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IGLESIAS REALTY, LLC. | § § § | |
| *Plaintiff* | § § | |
| v. | § § § | Civil Action No. 4:18-cv-2419 |
| CERTAIN UNDERWRITERS AT LLOYD'S | § § § | |
| *Defendant* | § § | |

## ORDER GRANTING PLAINTIFF'S MOTION
## TO DISMISS ALL CLAIMS WITH PREJUDICE

The Court GRANTS Plaintiff's Motion to Dismiss All Claims Against Defendant,

Certain Underwriters at Lloyd's, with Prejudice.

SIGNED this _____25th_____ day of _____April_____, 2019.

_____
UNITED STATES DISTRICT JUDGE